cal___ sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJAN JAZAYERI, dba GOLD TOWN JEWELRY, | ) Civil No. 07cv0351 JM (AJB) ) |
| Plaintiff, | ) ) ORDER GRANTING JOINT MOTION TO |
| v. | ) EXTEND DATES SET PURSUANT TO ) LOCAL RULE 16.1 |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation, | ) ) ) |
| Defendants. | ) ) |

Pursuant to the Ex Parte Application of defendant FEDERATED MUTUAL INSURANCE COMPANY, to Extend Dates Set Pursuant to Local Rule 16.1, and the concurrently-filed Stipulation by counsel, good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. All fact discovery previously scheduled to be completed by the parties on or before October 31, 2007, shall be completed by the parties on or before November 30, 2007.

2. The disclosure of the identity of the parties' respective experts in writing, previously scheduled to be completed on or before October 31, 2007, shall be completed by the parties on or before November 30, 2007.

3. The disclosure of the identity of rebuttal experts previously scheduled to be

completed on or before November 16, 2007, shall be completed by the parties on or before December 14, 2007.

4. The parties' compliance with the disclosure provisions in Rule 26(a)(2)(B) previously scheduled to be completed on or before December 17, 2007, shall be completed by the parties on or before January 17, 2008.

5. The parties' compliance with the supplemental disclosures of contradictory or rebuttal evidence under Rule 26(a)(2)(c) previously scheduled to be completed on or before January 17, 2008, shall be completed by the parties on or before February 18, 2008.

6. All expert discovery previously scheduled to be completed on or before February 18, 2008 shall be completed by the parties on or before March 17, 2008.

7. The trial date and all other related dates scheduled at the August 17, 2007 Case Management Conference are to remain unchanged.

IT IS SO ORDERED.

DATED: October 29, 2007

_____

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court