cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJAN JAZAYERI, dba GOLD TOWN JEWELRY,<br><br>                Plaintiff,<br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation,<br><br>                Defendants. | Civil No. 07cv0351 JM (AJB)<br><br>Order Denying As Moot Motion to Compel and Ex Parte Application to Extend Discovery Dates<br>[Doc. Nos. 22 and 26] |

The parties notified the Court today that settlement was reached in mediation. As such, the Court hereby DENIES AS MOOT Plaintiff's Ex Parte Application to Extend Discovery Dates and Defendants' Motion to Compel and vacates the hearing date set for December 17, 2007, at 1:30 p.m. before Judge Battaglia.

IT IS SO ORDERED.

DATED: December 11, 2007

*[signature]*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court