# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJAN JAZAYERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-ACTION | Case No. 07 CV 0351 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　　Good cause appearing, the court hereby **GRANTS** the parties' joint motion to dismiss and **DISMISSES** this action without prejudice. The Clerk is instructed to terminate the case.

　　　IT IS SO ORDERED.

DATED: January 22, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　All parties